# United States Court of Appeals
### For the Eighth Circuit

_____

No. 13-3352

_____

United States of America

*Plaintiff - Appellee*

v.

James D. Fugate

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: May 7, 2014
Filed: May 20, 2014
[Unpublished]

_____

Before LOKEN, MURPHY, and SMITH, Circuit Judges.

_____

PER CURIAM.

James Fugate appeals the 20-month prison sentence that the district court[1] imposed upon him after revoking the supervised release that he had been serving for three offenses. For reversal, Fugate argues that the sentence is excessive.

Upon careful review, see United States v. Tyson, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (standard of review), we conclude that the district court did not abuse its discretion. The revocation sentence is within statutory limits, and at the revocation hearing, the district court articulated multiple valid reasons for its sentencing decision. See 18 U.S.C. § 3583(e)(3); United States v. Mangum, 625 F.3d 466, 470 (8th Cir. 2010); United States v. Larison, 432 F.3d 921, 924 (8th Cir. 2006).

Accordingly, we affirm. We also grant counsel's motion for leave to withdraw. We direct counsel to inform appellant about the procedures for filing a petition for rehearing and for certiorari.

_____

[1]The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.